FILED
2008 JAN -2 PM 2:40

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KNK_____DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'08 MJ 0014**

The person charged as __MARTINEZ, Janet__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Western__ District of __Tennessee (Jackson)__ on __11/19/07__ with: __Title 21 USC 841(a)(1)__ in violation of:

**Drug Trafficking**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __01/02/08__

__Kenneth Lavigna__
CI -Deputy United States Marshal

Reviewed and Approved

DATE:

Assistant United States Attorney

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

WESTERN District of TENNESSEE

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: **1-07-10123** |
| JANET MARTINEZ | |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          **JANET MARTINEZ**
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

drug trafficking

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__

| Thomas M. Gould | /s/ Emily Strepe |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | 11/19/2007 Jackson, TN |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | FILED UNDER SEAL |
| Plaintiff, | ) | Cr. No. 1-07-10123 |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| JANET MARTINEZ, | ) | 18 U.S.C. § 2 |
| YOLANDA MARTINEZ, | ) | |
| PAUL BINGHAM, JR., | ) | |
| CAMMIE ARMOUR, | ) | |
| HENRY ALLEN, | ) | |
| RACHEL MORGAN, | ) | |
| SANTIAGO MARTINEZ-AMEZQUITA, | ) | |
| JUAN L. AYON, a/k/a "PIO", | ) | |
| and ADOLFO ORTIZ-ALCAZAR, | ) | |
| Defendants. | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at a time unknown to the grand jury, but through at least on or about November 18, 2007, in the Western District of Tennessee, the defendants,

-----------------------------------JANET MARTINEZ-----------------------------------
-----------------------------------YOLANDA MARTINEZ-----------------------------------
-----------------------------------PAUL BINGHAM, JR.-----------------------------------
-----------------------------------CAMMIE ARMOUR-----------------------------------
-----------------------------------HENRY ALLEN-----------------------------------
-----------------------------------RACHEL MORGAN-----------------------------------
-----------------------------------SANTIAGO MARTINEZ-AMEZQUITA-----------------------------------
-----------------------------------JUAN L. AYON-----------------------------------
-----------------------------------a/k/a "PIO"-----------------------------------

----------------------------------------and----------------------------------------
------------------------------ADOLFO ORTIZ-ALCAZAR------------------------------

did unlawfully, knowingly and intentionally conspire, combine, confederate and agree together and with other persons both known and unknown to the grand jury, to commit the following offenses against the United States:

1. To unlawfully, knowingly and intentionally possess with the intent to distribute over 500 grams of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1); and

2. To unlawfully, knowingly, and intentionally distribute over 500 grams of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

## OBJECT OF THE CONSPIRACY

The object and purpose of the conspiracy was for **JANET MARTINEZ, YOLANDA MARTINEZ, PAUL BINGHAM, JR., CAMMIE ARMOUR, HENRY ALLEN, RACHEL MORGAN, SANTIAGO MARTINEZ-AMEZQUITA, JUAN L. AYON,** a/k/a **PIO",** and **ADOLFO ORTIZ-ALCAZAR,** to obtain Methamphetamine, then to aid and abet each other in developing a market for and distributing the illicit and illegally obtained Methamphetamine in the vicinity of Obion County, Tennessee. It was further part of the conspiracy for **YOLANDA MARTINEZ** to provide and maintain a building for

the distribution of Methamphetamine. It was further part of the conspiracy to distribute the Methamphetamine and to collect the proceeds for the financial benefit and use of the co-conspirators. All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about March 15, 2007, in the Western District of Tennessee, the defendants,

-----------------------------PAUL BINGHAM, JR.-----------------------------
-----------------------------------and-----------------------------------
-----------------------------CAMMIE ARMOUR-----------------------------

each aided and abetted by the other did unlawfully, knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of Methamphetamine, a controlled substance as classified by Title 21, United States Code, Section 812, as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 3

On or about April 27, 2007, in the Western District of Tennessee, the defendant,

-----------------------------------HENRY ALLEN-----------------------------------

did unlawfully, knowingly and intentionally possess with the intent to distribute and did distribute a mixture and substance containing a detectable amount of Methamphetamine, a controlled substance as classified by Title 21, United States Code, Section 812, as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

On or about May 2, 2007, in the Western District of Tennessee, the defendants,

-----------------------------------RACHEL MORGAN-----------------------------------
-----------------------------------JANET MARTINEZ-----------------------------------
-----------------------------------and-----------------------------------
-----------------------------------SANTIAGO MARTINEZ-AMEZQUITA-----------------------------------

each aided and abetted by the other did unlawfully, knowingly and intentionally possess with the intent to distribute and did distribute a mixture and substance containing a detectable amount of Methamphetamine, a controlled substance as classified by Title 21, United States Code, Section 812, as a Schedule II controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 5

On or about May 14, 2007, in the Western District of Tennessee, the defendant,

-------------------------------------RACHEL MORGAN-------------------------------------

did unlawfully, knowingly and intentionally possess with the intent to distribute and did distribute over 50 grams of a mixture and substance containing a detectable amount of Methamphetamine, a controlled substance as classified by Title 21, United States Code, Section 812, as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 6

On or about June 12, 2007, in the Western District of Tennessee, the defendants,

-----------RACHEL MORGAN-----------
-----------and-----------
-----------SANTIAGO MARTINEZ-AMEZQUITA-----------

each aided and abetted by the other did unlawfully, knowingly and intentionally possess with the intent to distribute and did distribute over 50 grams of a mixture and substance containing a detectable amount of Methamphetamine, a controlled substance as classified by Title 21, United States Code, Section 812, as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 7

On or about July 13, 2007, in the Western District of Tennessee, the defendants,

-----------JANET MARTINEZ-----------
-----------and-----------
-----------YOLANDA MARTINEZ-----------

each aided and abetted by the other did unlawfully, knowingly and intentionally possess with the intent to distribute and did distribute a mixture and substance

containing a detectable amount of Methamphetamine, a controlled substance as classified by Title 21, United States Code, Section 812, as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT 8

On or about August 24, 2007, in the Western District of Tennessee, the defendants,

--------------------------------JANET MARTINEZ--------------------------------
--------------------------------ADOLFO ORTIZ-ALCAZAR--------------------------
--------------------------------and-------------------------------------------
--------------------------------JUAN L. AYON----------------------------------
--------------------------------a/k/a "PIO"-----------------------------------

each aided and abetted by the other did unlawfully, knowingly and intentionally possess with the intent to distribute and did distribute over 50 grams of a mixture and substance containing a detectable amount of Methamphetamine, a controlled substance as classified by Title 21, United States Code, Section 812, as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT 9

On or about September 20, 2007, in the Western District of Tennessee, the defendants,

---------------------------------------PAUL BINGHAM, JR.---------------------------------------
-------------------------------------------and-------------------------------------------
-----------------------------------CAMMIE ARMOUR-----------------------------------

each aided and abetted by the other did unlawfully, knowingly and intentionally possess with the intent to distribute over 50 grams of a mixture and substance containing a detectable amount of Methamphetamine, a controlled substance as classified by Title 21, United States Code, Section 812, as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.