**Minutes of the United States District Court**
**Southern District of California**
**JANUARY 15, 2008**

HON.  CATHY ANN BENCIVENGO        DEPUTY CLERK: L. HERNANDEZ

---

|  |  |  | TAPE NO. CAB08-9:59-10:08 |
|---|---|---|---|
| 08MJ0014-CAB | USA | vs. | JANET MARTINEZ (1)(C) **05682298** |
| DETENTION HRG/ REMOVAL & IDENTITY HEARING |  |  | SIRI SHETTY, CJA (1)  AUSA: FRED SHEPPARD |

---

FINANCIAL AFFIDAVIT FILED; COURT CONFIRMS APPOINTMENT OF ATTY SIRI SHETTY.

DFT WAIVES REMOVAL/IDENTITY HEARING;
WAIVER FILED
DEFENSE REQUESTS BOND FOR DFT; DETENTION HRG HELD.
GOVT ORAL MOTION TO DETAIN [3-1] - GRANTED WITHOUT PREJUDICE;
COURT ORDER DFT DETAINED PENDING REMOVAL; DETENTION ORDER FILED.
COURT ORDERS DFT REMOVED TO WESTERN DISTRICT OF TENNESSEE;
WARRANT OF REMOVAL ISSUED TO USM; DFT TO BE TRANSPORTED FORTHWITH.